UNITED STATES DISTRICT COURT FILED
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

2010 FEB 25 AM 10: 41

CLERK U.S. DISTRICT COURT
OCALA FLORIDA

WALLACE DEAN-MACHELL
#51443, 060
New Complex
1507 East Whatley Rd.
OAKDALE, Louisiana
71463.5000

5:10-CV-74-OC-33-GRJ

PLAINTIFF,

V.

PATRICIA NASH,
AKA "PATTY PENGUIN,"
CORRECTION COUNSELOR
USP-COLEMAN-II
P.O. BOX 1034
COLEMAN, FLORIDA
33521, 1034

AND

L. BROWN, CORRECTION OFFICER,
USP-COLEMAN-II
P.O. BOX 1034
COLEMAN, FL 33521-1034

AND

T. WEST, CORRECTION
OFFICER,
USP-COLEMAN II
P.O. BOX 1034
COLEMAN, FLORIDA 33521-1034

AND

ANNA ORTIZ-WARGA,
DISCIPLINARY HEARING OFFICER
USP-COLEMAN II
P.O. BOX 1034
COLEMAN, FLORIDA 33521-1034

AND

JEFFREY CAMPBELL,
SUPERVISORY ATTORNEY
USP-COLEMAN II
P.O. BOX 1034
COLEMAN, FLORIDA 33521-1034

AND

RAY HOLT, REGIONAL DIRECTOR,
FEDERAL BUREAU OF PRISONS
3800 CAMP CREEK PKY., S.W.
BUILDING #2000

-2-

ATLANTA, GEORGIA
30331-6226

DEFENDANTS.

IN THEIR PERSONAL AND PROFESSIONAL
CAPACITIES

CIVIL RIGHTS COMPLAINT

I. PARTIES

PLAINTIFF- DEAN-MITCHELL WAS A
FEDERAL PRISONER AT THE UNITED STATES
PENITENTIARY-II, COLEMAN, FLORIDA ("USPII
COL") FOR ALL TIMES RELEVANT TO THIS CLAIM.

DEFENDANTS- PATRICIA NASH A.K.A.
"PATTY PENGUIN" A.K.A. "BIG BIG MOMMA"
IS A CORRECTION COUNSELOR AT USPII COL;
L. BROWN IS A CORRECTION OFFICER AT USPII
COL; T. WEST IS A CORRECTION OFFICER
AT USPII COL; ANNA ORTIZ-WARGA IS
THE DISCIPLINARY HEARING OFFICER (DHO) AT
USPII COL; AND JEFFREY CAMPBELL IS
THE SUPERVISORY ATTORNEY AT USPII COL

RAY HOLT IS THE REGIONAL DIRECTOR OF
USP II COL, AND HIS OFFICE IS IN ATLANTA,
GEORGIA. FOR ALL TIMES RELEVANT TO THIS COM-
PLAINT DEFENDANTS WERE EMPLOYEES OF THE
FEDERAL BUREAU OF PRISONS.


II.    JURISDICTION


THIS ACTION IS BROUGHT PURSUANT
TO 28 U.S.C. § 1331 & 1346; 28 U.S.C.
§ 2672 → (AS REGARDS PERSONAL INJURY),
                                    AND 42

U.S.C. § 1955 (3) AND 18 U.S.C. § 3626 (a),
AND ANY AND All OTHER APPLICABLE LAWS
AND Statues, INCLUDING 42 U.S.C. § 15607 (b).

## III. STATEMENT OF FACTS

1. ON OR ABOUT AUGUST 19, 2007,
DEFENDANT BROWN SEXUALLY ASSAULTED THE
PLAINTIFF BY FORCIBLY GROPING AND CARESSING
PLAINTIFF'S GENITALS, CAUSING TEARS IN THE
SKIN, SCARRING, EMOTIONAL SCARRING AND
DISTRESS AND DEEP DEPRESSION. BROWN
THEN THREATENED THE PLAINTIFF WITH PHYSICAL
INJURY FOR REPORTING THE ASSAULT TO PRISON
AUTHORITIES AT USPTICOL, WHERE THE
ASSAULT OCCURED; AND CONTINUES TO
THREATEN THE PLAINTIFF AND THE PLAINTIFF'S
FAMILY MEMBERS TO DATE, CAUSING
PLAINTIFF TO FEAR FURTHER ACTS OF RETALIATION
AND PLACING THE PLAINTIFF IN IMMINENT
DANGER.

2. ON OR ABOUT AUGUST 20, 2007,
DEFENDANT BROWN SEXUALLY ASSAULTED THE
PLAINTIFF BY FORCIBLY PERFORMING ORAL
SEX ON THE PLAINTIFF WHILE AT USPII col,
AND CAUSING A PUNCTURE WOUND TO THE
PLAINTIFF'S PENIS AND SCRATCHES TO HIS

GENITAL AREA, LEAVING PERMENANT MARK
AND DISFIGUREMENT, AND CAUSING plaintiff
to SUFFER EMOTIONAL DISTRESS. BROWN
FURTHER RETALIATED AGAINST THE plaintiff
FOR REPORTING THE ASSAULT, BY FILING A
WHOLLY FABRICATED DISCIPLINARY REPORT
AGAINST THE PLAINTIFF, AND BY THREATENING
THE plaintiff WITH MORE PHYSICAL ASSAULTS
FOR REPORTING BROWNS ACTIONS TO THE
PRISON AUTHORITIES. BROWN continues
to THREATEN THE PLAINTIFF AND PLAINTIFFS
FAMILY MEMBERS, TO DATE, placing the
plaintiff IN IMMINENT DANGER.

3. ON OR ABOUT AUGUST 19, 2007,
DEFENDANT NASH WAS INFORMED OF THE AFORE-
MENTIONED SEXUAL ASSAULT BY DEFENDANT
BROWN ON THE PLAINTIFF, AND IMMEDIATELY
BEGAN to RETALIATE AGAINST THE PLAINTIFF
FOR COMING FORWARD His complaint.
        ON OR ABOUT AUGUST 20, 2007, DE-
-FENDANTS NASH AND BROWN conspired to
FALSELY ACCUSE plaintiff OF DISCIPLINARY
ACTIONS, AND HAVE THE plaintiff REMOVED
FROM HIS HOUSING UNIT. DEFENDANT NASH
REFUSED to ACCEPT AND/OR DOCUMENT
PLAINTIFFS complaints OF BEING SEXUALLY
ASSAULTED, AND MADE THE PRISON OFFICIALS

PROCEDURE UNAVAILABLE to THE PLAINTIFF WITH THE EXPRESSED PURPOSE OF PREVENTING THE PLAINTIFF FROM PETITIONING THE GOV-ERNMENT FOR A REDRESS to HIS GRIEVANCES. NASH continues to IMPEDE THE PLAINTIFFS FILING AND HAS THREATENED THE PLAINTIFF WITH VIOLENCE AND FURTHER RETALIATION, PLACING THE PLAINTIFF IN IMMINENT DANGER

4. ON OR ABOUT SEPTEMBER 8, 18 & 21, 2007, DEFENDANT WEST SEXUALLY ASSAULTED THE PLAINTIFF BY FORCIBLY PER-FORMING ORAL SEX ON THE PLAINTIFF AND CAUSING TEARS AND INFLAMMATION OF THE PLAINTIFFS GENITAL AREA AND EMOTIONAL DURESS, DEPRESSION AND ANXIETY. WEST HAS RETALIATED ON PLAINTIFF FOR REPORTING HIS ACTIONS; AND THREATENED FUTURE ACTS OF RETALIATION AGAINST THE PLAINTIFF AND HIS FAMILY, PLACING THE PLAINTIFF IN IMMINENT DANGER

5. ON OR ABOUT DECEMBER 30, 2007, DEFENDANT WEST SEXUALLY ASSAULTED THE PLAINTIFF BY FONDLING THE PLAINTIFFS PENIS AND PINCHING THE PLAINTIFFS SCROTUM, CAUSING SWELLING AND IRRITATION, AND EMOTIONAL DISTRESS, ANXIETY AND DEPRESSION.

6. ON OR ABOUT JANUARY 8, 2008, DEFENDANT WEST SEXUALLY ASSAULTED THE PLAINTIFF BY BACKING UP AGAINST THE PLAINTIFF, TRAPPING THE PLAINTIFF AGAINST A WALL AND GRINDING HIS (WEST) BUTTOCKS INTO THE PLAINTIFFS GENITAL AREA AND ORDERING PLAINTIFF TO HAVE ANAL INTERCOURSE WITH HIM, CAUSING THE PLAINTIFF TO INJURE HIS BACK AND GENITAL AREA, AND TO SUFFER GREAT EMOTIONAL STRESS AND DEPRESSION.

7. ON OR ABOUT DECEMBER 31, 2007, AND AGAIN JANUARY 11, 2008, DEFEN- -DANTS NASH, BROWN, HOLT, WEST AND CAMPBELL, CONSPIRED TO PREVENT THE PLAINTIFF FROM FILING HIS COMPLAINTS OF BEING SEXUALLY ASSAULTED INTERNALLY WITH BOP AUTHORITIES AND EXTERNALLY WITH THE COURT AND LAW ENFORCEMENT AGENCIES, BY DESTROYING PLAINTIFFS GRIEVANCES; NOT INVESTIGATING THOSE GRIEVANCES; NOT ISSUING THE GRIEVANCE FORMS; RETALIATING AGAINST THE PLAINTIFF FOR COMING FORTH WITH HIS COMPLAINT, AND THREATING THE PLAINTIFF AND HIS FAMILY. DEFENDANTS NASH, BROWN, HOLT, WEST AND CAMPBELL CONTINUE TO THREATEN

PLAINTIFF TO DATE, PLACING PLAINTIFF IN IMMINENT DANGER

8. ON OR ABOUT NOVEMBER 7, 2007, DEFENDANT WARGA, SEXUALLY ASSAULTED THE PLAINTIFF BY FORCIBLY PERFORMING ORAL SEX ON THE PLAINTIFF, CAUSING THE PLAINTIFF TO SUFFER BITE MARKS AND SCRATCHES TO HIS GROIN AREA AND MENTAL AND EMOTIONAL DISTRESS.

9. ON OR ABOUT DECEMBER 12, 2007, DEFENDANT WARGA SEXUALLY ASSAULTED THE PLAINTIFF BY FONDLING AND GROPING THE PLAINTIFFS GENITALS CAUSING SWELLING AND INFLAMMATION IN THE GROIN AREA AND MENTAL AND EMOTIONAL DISTRESS.

10. ON OR ABOUT NOVEMBER 14, 2007; DE-CEMBER 10, AND 11, 2007, DEFENDANTS NASH AND WARGA RETALIATED AGAINST THE PLAINTIFF FOR ATTEMPTING TO REPORT THE SEXUAL ASSAULTS OF WARGA ON THE PLAINTIFF BY PROCESSING AND FINDING PLAINTIFF GUILTY OF WHOLLY FABRICATED DISCIPLINARY REPORTS, AND DOING SO WITHOUT DUE PROCESS OR ALLOWING PLAINTIFF TO APPEAL THOSE ACTIONS.



11. ON OR ABOUT NOVEMBER 14, 2007, AND CONTINUING TO DATE, DEFENDANTS NASH, WARGA, CAMPBELL AND HOLT HAVE CONSPIRED TO PREVENT THE PLAINTIFF FROM FORMALLY FILING COMPLAINTS OF THE SEXUAL ASSAULTS OF WARGA, AND FURTHER, TO PREVENT PLAINTIFF FROM FILING THESE COMPLAINTS WITH THE COURT AND APPROPRIATE LAW ENFORCEMENT AGENCIES. THE CONTINUING NATURE OF THE ACTS BY THESE DEFENDANTS PLACE THE PLAINTIFF IN IMMINENT DANGER, AND CAUSING UNDUE STRESS.

12. ON OR ABOUT MARCH 7, 2008 DEFENDANTS NASH, BROWN, WARGA, WEST, CAMPBELL AND HOLT CONSPIRED TO DENY PLAINTIFF ACCESS TO THE COURT BY SEIZING AND WITHHOLDING, PLAINTIFF'S TRIAL TRANSCRIPTS, EXHIBITS AND OTHER LEGAL DOCUMENTS, NEEDED TO VALIDLY CHALLENGE THE PLAINTIFF'S CRIMINAL CONVICTION AND NOTIFIED PLAINTIFF HIS LEGAL MATERIALS WOULD NOT BE RETURNED UNLESS HE RECANTED HIS SEXUAL ASSAULT CLAIMS AND STOPPED ATTEMPTING TO PURSUE THEM. WITHHOLDING THESE DOCUMENTS PLACES PLAINTIFF IN IMMINENT DANGER THAT THE DEADLINES FOR HIS POST-CONVICTION CHALLENGE

WILL BE MISSED.

13. ON OR ABOUT MARCH 7, 2008, DEFENDANTS NASH, WARGA, WEST, HOLT, AND CAMPBELL SEIZED APPROXIMATELY SEVENTY-SEVEN (77) OF THE PLAINTIFFE PERSONAL FAMILY PHOTOGRAPHS, A RADIO, WRISTWATCH, 4 PAIRS OF SHOES, AND VARIOUS CLOTHING ITEMS WITHOUT DUE PROCESS AND IN RETALIATION FOR THE PLAINTIFF ATTEMPTING TO PURSUE HIS CLAIMS OF BEING SEXUALLY ASSAULTED; AND OF STAFF SUBSEQUENTLY TRYING TO COVER-UP THOSE SEXUAL ASSAULTS. THESE DEFENDANTS ARE NOW HOLDING THESE ITEMS AS RANSOM AND HAVE THREATENED TO DESTROY THEM IF PLAINTIFF PURSUES THE CLAIMS HEREIN THIS COMPLAINT.

PLAINTIFF IS IN IMMINENT DANGER THAT THIS PROPERTY WILL BE PERMANENTLY LOSS OR DESTROYED BY THE DEFENDANTS; AND THE PROSPECT OF LOSING IRREPLACEABLE FAMILY PHOTOGRAPHS IS CAUSING GREAT STRESS, ANXIETY AND DEPRESSION.

14. ON OR ABOUT JANUARY 9, 2008, AND CONTINUING TO DATE, DEFENDANTS WEST, HOLT, AND CAMPBELL CONSPIRED TO SEIZE AND WITHHOLD THIRTY-FOUR (34) DAILY NEWSPAPERS,

NINETEEN (19) MAGAZINES AND TEN (10) PERSONAL BOOKS, FROM THE PLAINTIFF AND HOLD THEM AS FURTHER RANSOM AGAINST THE PLAINTIFF FOR PURSUING HIS SEXUAL ASSAULT COMPLAINTS, AND STOLE THIS PROPERTY WITHOUT DUE PROCESS. THESE DEFENDANTS HAVE THREATENED TO DESTROY THIS PROPERTY IF PLAINTIFF PURSUES HIS CLAIMS, PLACING PLAINTIFF IN IMMINENT DANGER THAT THIS PROPERTY WILL BE LOST FOREVER.

## IV. STATEMENT OF CLAIMS

1. THE ACTIONS AND INACTIONS OF THE DEFENDANTS DESCRIBED HEREIN, VIOLATED THE PLAINTIFFS FIRST, FOURTH, FIFTH AND EIGHTH AMENDMENTS TO U.S. CONSTITUTION, GUARANTEED RIGHTS, AND STATUTORILY PROTECTED RIGHTS, INDIVIDUALLY AND COLLECTIVELY IN A CONSPIRACY.

## V. RELIEF SOUGHT

a. PLAINTIFF SEEKS TRIAL BY JURY.
b. PLAINTIFF SEEKS COMPENSATORY DAMAGES OF TWENTY-FIVE THOUSAND DOLLARS ($25,000.00).
c. PLAINTIFF SEEKS PUNITIVE DAMAGES OF ONE MILLION DOLLARS ($1,000,000.00) FROM EACH INDIVIDUAL DEFENDANT.

d. PLAINTIFF SEEKS AN INJUNCTION AND TEMPORARY RESTRAINING ORDER to ENJOIN THE DEFENDANTS FROM THE ACTS DESCRIBED HEREIN; ANY FURTHER RETALIATORY ACTS; AND TO PREVENT THE DESTRUCTION OF THE PLAINTIFFS PROPERTY SEIZED BY THE DEFENDANTS.

e. PLAINTIFF SEEKS A PROTECTIVE ORDER AND TRANSFER INTO STATE CUSTODY.

f. PLAINTIFF SEEKS DECLARATORY JUDGE-MENT THAT THE DEFENDANTS VIOLATED HIS CONSTITUTIONAL AND STATUTORILY PROTECTED RIGHTS.

g. PLAINTIFF FURTHER SEEKS ANY OTHER RELIEF TO WHICH HE MAY BE ENTITLED BY LAW.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

DATE: 2.17.10          Wallace Dean-Mitchell
                       WALLACE DEAN-MITCHELL
                       Wallace Dean-Mitchell

I CERTIFY THAT THIS COMPLAINT WAS HANDED TO PRISON OFFICIALS FOR MAILING ON 2.17.09.

          Wallace Dean-Mitchell
          WALLACE DEAN-MITCHELL

-13-